Kaplan J

MORRISON & FOERSTER LLP
Miriam Wugmeister
Sarah C. Rosell
1290 Avenue of the Americas
New York, New York 10104
(212) 468-8000 (Telephone)
(212) 468-7900 (Facsimile)

Attorneys for Defendant
IRIS FINANCIAL ENGINEERING, LLC

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/20/08

FEB 19 2008
JUDGE KAPLAN'S CHAMBERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETER LOEB,<br><br>                Plaintiff,<br><br>v.<br><br>IRIS FINANCIAL ENGINEERING, LLC,<br><br>                Defendant. | Case No.: 07 CV 11141 (LAK) (RLE)<br><br>**STIPULATION AND ORDER**<br><br>(Electronically Filed) |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the respective parties to the above-captioned action, that the time for Defendant Iris Financial Engineering, LLC ("Iris") to answer, move against or otherwise respond to plaintiff's Complaint, dated December 10, 2007, and served on January 28, 2008, is extended to and including March 31, 2008.

nv-796449

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be executed in counterparts and that facsimile signatures shall be deemed to be original signatures.

Dated:   New York, NY
         February __, 2008

PEDOWITZ & MEISTER LLP

_____
Arnold H. Pedowitz (AP-1382)
1501 Broadway, Suite 800
New York, New York 10036
Telephone: (212) 403-7321
Email: pedowitz@pedowitzmeister.com

Attorneys for Plaintiff
PETER LOEB

Dated:   New York, NY
         February 15, 2008

MORRISON & FOERSTER LLP

_____
Miriam Wugmeister (MW-4163)
Sarah C. Rosell (SR-6545)
1290 Avenue of the Americas
New York, New York 10104-0050
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Email: mwugmeister@mofo.com
       srosell@mofo.com

Attorneys for Defendant
IRIS FINANCIAL ENGINEERING, LLC

**SO ORDERED**

_____
UNITED STATES DISTRICT JUDGE

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be executed in counterparts and that facsimile signatures shall be deemed to be original signatures.

Dated:   New York, NY
         February 15, 2008

PEDOWITZ & MEISTER LLP

*(signature)*

Arnold H. Pedowitz (AP-1382)
1501 Broadway, Suite 800
New York, New York 10036
Telephone: (212) 403-7321
Email: pedowitz@pedowitzmeister.com

Attorneys for Plaintiff
PETER LOEB

SO ORDERED

*(signature)*

_____
UNITED STATES DISTRICT JUDGE

2/19/08

Dated:   New York, NY
         February __, 2008

MORRISON & FOERSTER LLP

_____
Miriam Wugmeister (MW-4163)
Sarah C. Rosell (SR-6545)
1290 Avenue of the Americas
New York, New York 10104-0050
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Email: mwugmeister@mofo.com
       srosell@mofo.com

Attorneys for Defendant
IRIS FINANCIAL ENGINEERING, LLC