Miriam H. Wugmeister
Marian A. Waldmann
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104-0050

Attorneys for Defendant Standard Charter Bank

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETER LOEB,<br><br>               Plaintiff,<br><br>- v. -<br><br>IRIS FINANCIAL ENGINEERING, LLC,<br><br>               Defendant. | 07 Civ. 11141 (LAK)<br>(RLE)<br><br>**NOTICE OF APPEARANCE** |

      PLEASE TAKE NOTICE that Morrison & Foerster LLP hereby appears as counsel for Defendant Iris Financial Engineering, LLC.

Dated: New York, NY
       March 31, 2007

                                      Respectfully submitted,

                                      _____
                                      Miriam H. Wugmeister
                                      Marian A. Waldmann
                                      MORRISON & FOERSTER LLP
                                      1290 Avenue of the Americas
                                      New York, NY 10104-0050
                                      (212) 468-8000
                                      (212) 468-7900 (fax)

                                      *Attorneys for Defendant*
                                      *Iris Financial Engineering, LLC*

ny-807711