Miriam H. Wugmeister
Marian A. Waldmann
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104-0050

Attorneys for Defendant Iris Financial Engineering, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETER LOEB,<br><br>                    Plaintiff,<br><br>- v. -<br><br>IRIS FINANCIAL ENGINEERING, LLC,<br><br>                    Defendant. | 07 Civ. 11141 (LAK)<br>                    (RLE)<br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

Defendant Iris Financial Engineering, LLC, by and through its attorneys Morrison & Foerster, discloses the following information pursuant to Federal Rule of Civil Procedure Rule 7.1: The parent corporation of Iris Financial Engineering, LLC was Iris Financial Engineering Holdings, Ltd., a United Kingdom holding company. Iris Financial Engineering Holdings Ltd. and its subsidiaries was acquired in November 2007 by CreditDimensions, Inc., a Delaware Corporation.

Dated: New York, New York
       March 31, 2008

                                        Respectfully submitted,

                                        /s/ Miriam H. Wugmeister
                                        Miriam H. Wugmeister (mwugmeister@mofo.com)
                                        Marian A. Waldmann (mwaldmann@mofo.com)
                                        MORRISON & FOERSTER LLP
                                        1290 Avenue of the Americas
                                        New York, NY 10104-0050
                                        (212) 468-8000
                                        (212) 468-7900 (fax)

                                        *Attorneys for Defendant*
                                        *Iris Financial Engineering, LLC*

ny-807152

## CERTIFICATE OF SERVICE

I, Marian A. Waldmann, counsel for Defendant Iris Financial Engineering, LLC, hereby certify that on this date, March 31, 2008, I caused a true and correct copy of the attached Rule 7.1 Disclosure Statement and Answer and Affirmative Defenses to Plaintiff's Complaint to be served by overnight delivery on the following:

> Arnold H. Pedowitz, Esq.
> Pedowitz & Meister, LLP
> 1501 Broadway, Suite 800
> New York, New York  10036
>
> *Counsel for Plaintiff Peter Loeb*

Dated:   March 31, 2008
         New York, New York

                                              _____
                                                   Marian A. Waldmann