USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/08

*Kaplan, J*

JUN 10 2008
JUDGE KAPLAN'S CHAMBERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER LOEB,

          Plaintiff,

- v. -

IRIS FINANCIAL ENGINEERING, LLC,

          Defendant.

07 Civ. 11141 (LAK)
(RLE)

STIPULATION FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER

Electronically Filed

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff Peter Loeb and Defendant Iris Financial Engineering, LLC, through their attorneys of record, that pursuant to Federal Rule of Civil Procedure 41(a) and in accordance with the executed Settlement Agreement between the parties, Plaintiff's Complaint against Defendant is hereby voluntarily dismissed, with prejudice. Each party is to bear its and his own costs and attorneys' fees. It is further stipulated and agreed that this Court shall retain jurisdiction to enforce the terms of the Settlement Agreement.

**IT IS SO STIPULATED AND AGREED.**

Dated:  New York, New York
         June 9, 2008

_____
Marian A. Waldmann (MW 4171)
(mwaldmann@mofo.com)
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, NY 10104-0050
(212) 468-8000 / (212) 468-7900 (fax)
*Counsel for Defendant Iris Financial*

SO ORDERED.

_____
Arnold Pedowitz (AP 1382)
(pedowitz@pedowitzmeister.com)
Pedowitz & Meister, LLP
1501 Broadway, Suite 800
New York, NY 10036
(212) 403-7321 / (212) 354-6614 (fax)
*Counsel for Plaintiff Peter Loeb*

_____
U.S.D.J

6/10/08